# UNITED STATES DISTRICT COURT
## for the District of Arizona

*In the Matter of the Search of*
(Briefly describe the property to be searched or identify the person by name and address)

No. **21-02840MB**

**SEARCH WARRANT**

1. 3455 North Geronimo Avenue, Tucson, Arizona 85705;

2. 1111 East Limberlost Drive, Trailer #6, Tucson, Arizona 85719;

3. A gray 2010 Toyota Corolla, bearing Arizona license plate number 2ZA2CAA and vehicle identification number JTDBU4EE8AJ072388, registered to Carlos Abraham Urquijo Haro, 3455 North Geronimo Ave., Tucson, Arizona 85705; and

4. A black 1997 Jeep Grand Cherokee, bearing Arizona license plate W1A3BPA and vehicle identification number 1J4GZ58S3VC762729, registered to Ana Gloria Caudillo, 1001 West King Street, Tucson, Arizona 85705.

USAO#: 2021R00344

TO:     Any authorized law enforcement officer

Application and Affidavit having been made before me by a federal law enforcement officer, requesting the search of the following ☐ person or ☒ premises known as *(name, description and/or location)*:

**See Attachment A.I., attached and incorporated by reference herein**

located in the District of Arizona is believed to conceal *(identify the person or describe the property to be seized)*:

**See Attachment A.II., attached and incorporated by reference herein**

I find that the affidavit(s), and/or any recorded testimony, establish probable cause to search and seize the person or property described.

YOU ARE COMMANDED to execute this warrant on or before   **3/3/2021**
                                                          *(not to exceed 14 days)*

☒   in the daytime 6:00 a.m. to 10:00 p.m.    ☐   at any time in the day or night as I find reasonable cause has been established.

You must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge who authorized this warrant.

Sworn to before me and signed telephonically.

**2/17/2021   11:00 AM**
*Date & Time Issued*

Tucson, Arizona
*City and State*

*/s/ Leslie A. Bowman*
*Judge's signature*

Leslie A. Bowman, United States Magistrate Judge
*Printed name and title*

Search Warrant Return (Rev. 03/13)

# Return

Case No.: **21-02840MB**
2021R00344

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
|  |  |  |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

## Not Executed

❑  This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## Certification

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: _____

_____
Executing Officer's Signature

_____
Printed Name and Title

## ATTACHMENT A

I.   **PREMISES TO BE SEARCHED**

The premises are described as private property identified as:

(1) **Target Residence #1** or **TR-1**: 3455 North Geronimo Avenue, Tucson, Arizona 85705, which is further described as a parcel of land on which is situated a reddish/brown brick single-story, single-family residence that does share a wall with another building.  The front door faces north and the driveway is on the north side of the property.  The GPS coordinates are 32.27056, -110.96576.  Images of **TR-1** are printed below.  **TR-1** is marked with a yellow box in the image on the far right.

  

1

(2) **Target Residence #2** or **TR-2**: 1111 East Limberlost Drive, Trailer #6, Tucson, Arizona 85719, which is further described as a parcel of land on which is situated a tan and beige single-story trailer, single-family residence that does not share a wall with any other buildings. The driveway is on the east side of the property, and there is a black mailbox located at the street. The trailer and the black mailbox have the number "6" located on the north side of the property. The front door is located on the east side of the trailer, and the carport is located on the west side of the trailer. The GPS coordinates are 32.28332, -110.95391. Images of **TR-2** are printed below.




(3) **Target Vehicle #1** or **TV-1**: A gray 2010 Toyota Corolla, bearing Arizona license plate number 2ZA2CAA and vehicle identification number JTDBU4EE8AJ072388, registered to Carlos Abraham Urquijo Haro, 3455 North Geronimo Ave., Tucson, Arizona 85705.

(4) **Target Vehicle #2** or **TV-2**: A black 1997 Jeep Grand Cherokee, bearing Arizona license plate W1A3BPA and vehicle identification number 1J4GZ58S3VC762729, registered to Ana Gloria Caudillo, 1001 West King Street, Tucson, Arizona 85705.

2

**II.     ITEMS TO BE SEIZED**

1.     Controlled substances, including marijuana, cocaine, heroin, fentanyl, and methamphetamine; and all paraphernalia for packaging, diluting, measuring and distributing controlled substances, including, scales, wrapping material(s), shipping material(s), and diluting agents;

2.     Books, records, receipts, notes, ledgers, motor vehicle title and registration records, identification documents, and other papers relating to the transportation, ordering, purchase, and distribution of controlled substances and the identification of persons engaged in such activity;

3.     Books, records, invoices, receipts, records of real estate transactions, bank statements and related records, passbooks, money drafts, letters of credit, money orders, bank drafts, and cashier's checks, bank checks, safe deposit box keys, money wrappers, and other items evidencing the obtaining, secreting, transfer, and/or concealment of assets and the obtaining, secreting, transfer, concealment and/or expenditure of money;

4.     United States and foreign currency, precious metals, jewelry, vehicles, electronics, financial instruments, and other items having a value indicative of being the proceeds of illegal drug trafficking or being involved in money laundering;

5.     Photographs, including still photos, negatives, video, films, undeveloped film and the contents therein, and slides; in particular, photographs or video of co-conspirators, of assets and/or controlled substances;

6.     Address and/or telephone books, rolodex indices and papers reflecting names, addresses, e-mail addresses, social media account identifiers, telephone numbers, pager numbers, fax numbers and/or telex numbers of co-conspirators, sources of supply, customers, financial institutions, and other individuals or businesses with whom a financial relationship exists;

7.     Indicia of occupancy, residency, rental and/or ownership of the premises described in Attachment A, including utility and telephone bills, cancelled envelopes, rental, purchase or lease agreements, deeds, registration and title documents, and keys;

8.     Electronic devices, including pagers and mobile phones, and the contents of their memory, including contact lists, call logs, email and text messages, including any messages

received while in the possession of this warrant, information from social media applications, photographs and videos, internet-browsing history and geo-location (GPS) coordinates, including information sufficient to identify the user(s) of the device;

9. All types of safes, including wall safes, floor safes, free-standing safes, locked strong boxes, and locked containers;

10. Firearms and ammunition, including handguns, pistols, revolvers, rifles, shotguns, machine-guns, and any records or receipts pertaining to firearms and/or ammunition;

11. The gray 2010 Toyota Corolla, bearing Arizona license plate number 2ZA2CAA and vehicle identification number JTDBU4EE8AJ072388, registered to Carlos Abraham Urquijo Haro, 3455 North Geronimo Ave., Tucson, Arizona 85705 (**TV-1**).

12. The black 1997 Jeep Grand Cherokee, bearing Arizona license plate W1A3BPA and vehicle identification number 1J4GZ58S3VC762729, registered to Ana Gloria Caudillo, 1001 West King Street, Tucson, Arizona 85705 (**TV-2**).

APPLICATION FOR SEARCH WARRANT (REV. 03/13)

# UNITED STATES DISTRICT COURT
## for the District of Arizona

*In the Matter of the Search of*
(Briefly describe the property to be searched or identify the person by name and address)

1. 3455 North Geronimo Avenue, Tucson, Arizona 85705;
2. 1111 East Limberlost Drive, Trailer #6, Tucson, Arizona 85719;
3. A gray 2010 Toyota Corolla, bearing Arizona license plate number 2ZA2CAA and vehicle identification number JTDBU4EE8AJ072388, registered to Carlos Abraham Urquijo Haro, 3455 North Geronimo Ave., Tucson, Arizona 85705; and
4. A black 1997 Jeep Grand Cherokee, bearing Arizona license plate W1A3BPA and vehicle identification number 1J4GZ58S3VC762729, registered to Ana Gloria Caudillo, 1001 West King Street, Tucson, Arizona 85705.

USAO#: 2021R00344

No. **21-02840MB**

APPLICATION FOR SEARCH WARRANT

I, David Carmona, Task Force Officer with the Drug Enforcement Administration, request a search warrant and state under penalty of perjury that I have reason to believe that ☐ on the person of or ☒ on the premises known as *(name, description and/or location)*:

**See Attachment A.I., attached and incorporated by reference herein**

located in the District of Arizona there is now concealed *(identify the person or describe the property to be seized)*:

**See Attachment A.II., attached and incorporated by reference herein**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of 21 U.S.C. §§ 841, 846.

The application is based on these facts:

**See attached Affidavit incorporated by reference herein.**

Reviewed by AUSA Michael R. Lizano (*MRL*)
AUSA printed last name and inked initials

*Applicant's signature*
David Carmona, DEA Task Force Officer
Printed name and title

Sworn to before me and signed telephonically.

**2/17/2021**
Date

*Judge's signature*
Leslie A. Bowman, United States Magistrate Judge
Printed name and title

Tucson, Arizona
City and State